UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN THOMAS, on Behalf of Himself and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>OS RESTAURANT SERVICES, LLC and OS PRIME, LLC,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. 1:22-cv-1079-PBS<br><br>Judge Patti B. Saris |

## ORDER APPROVING FLSA COLLECTIVE ACTION SETTLEMENT AND ORDER OF DISMISSAL

Before the Court is the Motion for Approval of Fair Labor Standards Act Settlement, which asks the Court to approve the Parties' settlement in this Fair Labor Standards Act collective action lawsuit pursuant to 29 U.S.C. § 216(b). For good cause shown, and as more fully explained below, the Motion is GRANTED.

The Court finds that the settlement terms negotiated by the Parties and described in their Settlement Agreement are a fair and reasonable resolution of a bona fide dispute between the Plaintiffs (*i.e.*, the Named Plaintiff and those individuals who elected to participate in this case as opt-in plaintiffs, as identified by name on Exhibit 1 to the Settlement Agreement and whose names have been filed with the Court through the notices of filing of consent forms) and the Defendants. The Court further finds that the Attorney's Fees, Service Award Payment, and Expense Payment requested in the Motion and reflected in the Settlement Agreement are reasonable and are approved.

Accordingly, the Court ORDERS that both the settlement of the claims of the Plaintiffs and the procedure to administer the settlement as set forth in the Settlement Agreement are

approved. The Parties shall administer the settlement of the claims of the Plaintiffs as set forth in the Settlement Agreement.

IT IS FURTHER ORDERED that this case and all claims asserted in this case by the Plaintiffs are DISMISSED WITH PREJUDICE, with each Party to bear its own costs, except as set forth in the Settlement Agreement.

**SO ORDERED.**

DATE 11/9/2023

/s/PATTI B. SARIS
**JUDGE PATTI B. SARIS**